# United States District Court
# Eastern District of California

TAMARA WAREKA p/k/a TAMARA WILLIAMS

Plaintiff(s)

V.

YOU BEAUTY & AESTHETICS

Defendant(s)

Case Number: 2:26-CV-02260-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan A. McDonald hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

You Beauty & Aesthetics

On 07/08/2020 (date), I was admitted to practice and presently in good standing in the Indiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/16/2026

Signature of Applicant: /s/ Ryan A. McDonald

**Pro Hac Vice Attorney**

Applicant's Name: Ryan A. McDonald

Law Firm Name: Hall, Render, Killian, Heath & Lyman, PC

Address: 500 N. Meridian Street

Suite 400

City: Indianapolis State: IN Zip: 46204

Phone Number w/Area Code: (317) 633-4884

City and State of Residence: Indianapolis, IN

Primary E-mail Address: rmcdonald@hallrender.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ellie J. Tucker

Law Firm Name: Hall, Render, Killian, Heath & Lyman, PC

Address: 7777 Bonhomme Ave

Suite 1420

City: Clayton State: MO Zip: 63105

Phone Number w/Area Code: (314) 228-7508 Bar # 344235

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 16, 2026

JUDGE, U.S. DISTRICT COURT